IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **HALLIBURTON ENERGY SERVICES** § | |
| Plaintiff § | |
| § | |
| vs. § | CASE NO. 4:02-CV-269 |
| § | |
| **SMITH INTERNATIONAL INC.** § | |
| Defendant § | |

### ORDER

Pursuant to the Fifth Circuit's Order remanding this case back this Court and the parties' settlement agreement, the Court **ORDERS** that this case be **CLOSED**.

**So ORDERED and SIGNED this 26th day of June, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

1